UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

2009 APR 15 AM 8:55

| | |
|---|---|
| UNITED STATES OF AMERICA ) | Case No. '09 MJ 1197 |
| ) | |
| VS ) | COMPLAINT FOR VIOLATION OF |
| ) | 21 U.S.C. Sections 952 & 960, |
| Geoffrey WADE ) | Importation of a Controlled Substance |
| ) | |

The undersigned complainant being duly sworn states:

COUNT 1

That on or about April 14, 2009, within the Southern District of California, Geoffrey WADE did knowingly and intentionally import approximately 54.95 kilograms (120.89 pounds) of Marijuana, a Schedule I Controlled Substance, into the United States from a place outside thereof; in violation of Title 21, United States Code, Sections 952 and 960.

And the complainant states that this complaint is based on the attached statement of facts, which is incorporated herein by reference.

_____
Michael Brown, Special Agent
U.S. Immigration and
Customs Enforcement (ICE)

Sworn to before me and subscribed in my presence, this 15th day of April 2009.

_____
United States Magistrate-Judge

T4

## PROBABLE CAUSE STATEMENT

I, Special Agent Michael Brown, declare under penalty of perjury, the following is true and correct.

On April 14, 2009, at approximately 2044 hours, Geoffrey R. WADE, driving a 2006 Dodge Ram 1500 truck bearing California license plate number 8T18328, applied for entry into the United States from Mexico at the San Ysidro, CA Port of Entry via vehicle primary lane number 23.

Customs & Border Protection Officer (CBPO) Dennis Santana, who was assigned to vehicle primary lane 23 at the San Ysidro POE, stated that he received a negative Customs declaration and a declaration of U.S. citizenship from Geoffrey R. WADE, the sole occupant of the 2006 Dodge Ram 1500 truck bearing California/U.S. license plate number 8T18328. CBPO Santana stated that WADE claimed ownership of the vehicle and also stated that he was going to his place of residence in El Cajon, CA. CBPO Santana stated that he referred WADE to secondary inspection after he discovered a space discrepancy in the cargo bed of the truck driven by WADE.

On April 14, 2009, at approximately 2044 hours, Canine Enforcement Officer (CEO) David Holloway, who was assigned to the San Ysidro Port of Entry, utilized his narcotics detector dog to screen the Dodge Ram 1500 while in the secondary inspection lot. CEO Holloway stated that his assigned narcotics detector dog alerted to the presence of a narcotic odor emitting from the truck bed of the Dodge Ram 1500 bearing California/U.S. license plate number 8T18328.

TCP

On April 14, 2009, at approximately 2115 hours, CBPO David Mateos, while working at the San Ysidro POE, was assigned the inspection of the Dodge Ram 1500. CBPO Mateos discovered plastic-wrapped packages of a green leafy substance concealed within a compartment created in the rear cargo area of the Dodge Ram 1500 bearing CA/US license plate 8T18328. A field-test on the contents of a randomly selected package resulted in a positive reaction for marijuana. A total of sixteen packages of marijuana with an approximate weight of 54.95 kilograms/120.89 pounds were removed from the compartment located within the bed of the Dodge Ram 1500.

On April 15, 2009, at approximately 0030 hours, Geoffrey R. WADE was advised of his Miranda Rights, in the English language, by U.S. Immigration and Customs Enforcement (ICE) Special Agent (SA) Michael Brown. U.S. Immigration and Customs Enforcement (ICE) Special Agent (SA) Shelly Aradanas witnessed the advisement of Miranda rights. WADE was then advised of his arrest for violation of 21 USC 952 & 960.